UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES – GENERAL

| Case No. | SA CV 23-00346-HDV-ADSx | Date | 10/19/23 |
|---|---|---|---|

Title **_John Tanner v. Acushnet Company et al_**

Present: The Honorable   Hernán D. Vera, United States District Judge

| Wendy Hernandez | Myra Ponce |
|---|---|
| Deputy Clerk | Court Reporter |

Attorney(s) Present for Plaintiff(s):       Attorney(s) Present for Defendant(s):

John Nelson                           Ashley Shively

**Proceedings:**   DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S FIRST
AMENDED COMPLAINT [25]


The Court hears oral argument and takes the motion under submission.


**IT IS SO ORDERED.**

Time: /29

---

Page 1 of 1                CIVIL MINUTES – GENERAL        Initials of Deputy Clerk WH