John J. Nelson (SBN 317598)
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
280 S. Beverly Drive
Beverly Hills, CA 90212
Tel.: (858) 209-6941
jnelson@milberg.com

MaryBeth V. Gibson
(*pro hac vice*)
**GIBSON CONSUMER LAW GROUP, LLC**
4279 Roswell Road
Suite 208-108
Atlanta, GA  30342
Telephone: (678) 642-2503
marybeth@gibsonconsumerlawgroup.com

*Attorneys for Plaintiff and the Proposed Class*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN TANNER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Acushnet Company and Acushnet Holdings Corp.,<br><br>Defendants. | Case No. 8:23-cv-00346-HDV-ADS<br><br>**PLAINTIFF'S NOTICE OF SETTLEMENT** |

Plaintiff John Tanner ("Plaintiff") and Defendants Acushnet Company and Acushnet Holdings Corp. by and through their respective counsel, have reached an individual settlement in the above captioned matter and are currently finalizing the settlement papers. Accordingly, the Parties respectfully request that the Court vacate all deadlines and set a thirty (30) day deadline for Plaintiff to file his request for voluntary dismissal of the action.

Dated: October 11, 2024

/s/ John J. Nelson
MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC
John J. Nelson

GIBSON CONSUMER LAW GROUP, LLC
MaryBeth V. Gibson

*Attorneys for Plaintiff*

Dated: October 11, 2024

/s/ Ashley L. Shively
HOLLAND & KNIGHT LLP
Ashley L. Shively
Rebecca Durham

*Attorneys for Defendants*

## Local Rule 5-4.3.4 Attestation

I attest that all signatories concur in the filing's content and have authorized the filing.

Dated: October 11, 2024

/s/ John J. Nelson
John J. Nelson

2