John J. Nelson (SBN 317598)
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
280 S. Beverly Drive
Beverly Hills, CA 90212
Tel.: (858) 209-6941
jnelson@milberg.com

*Additional Counsel on Signature Page*

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN TANNER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ACUSHNET COMPANY and ACUSHNET HOLDINGS CORP.,<br><br>Defendants. | Case No. 8:23-cv-00346-HDV-ADS<br><br>**STIPULATION OF DISMISSAL** |

The parties, by and through their counsel of record, hereby stipulate that the above-captioned action is voluntarily dismissed in its entirety, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) (authorizing voluntary dismissal "without a court order" upon a "stipulation of dismissal signed by all parties who have appeared"). This stipulation of dismissal shall not affect the claims of any other putative class members as no class has been certified and this voluntary dismissal

dismisses the class action allegations with prejudice. Each party shall bear its own fees and costs.

| | |
|---|---|
| Dated: January 3, 2025 | Dated: January 3, 2025 |
| */s/ John J. Nelson* | */s/ Ashley L. Shively* |
| John J. Nelson (SBN 317598) | Ashley L. Shively (SBN 264912) |
| **MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC** | Rebecca G. Durham (SBN 319403) **HOLLAND & KNIGHT** |
| 402 W. Broadway, Suite 1760 | 400 South Hope Street, 8th Floor |
| San Diego, CA 92101 | Los Angeles, CA 90071 |
| Tel.: (858) 209-6941 | Tel.: (213) 896-2400 |
| jnelson@milberg.com | ashley.shively@hklaw.com |
| | rebecca.durham@hklaw.com |
| MaryBeth V. Gibson | |
| (*pro hac vice*) | *Attorneys for Defendants* |
| **GIBSON CONSUMER LAW GROUP, LLC** | |
| 4279 Roswell Road | |
| Suite 208-108 | |
| Atlanta, GA 30342 | |
| Telephone: (678) 642-2503 | |
| marybeth@gibsonconsumerlawgroup.com | |

*Attorneys for Plaintiffs and the Classes*

### ATTESTATION REGARDING SIGNATURES

I, John J. Nelson, attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

| | |
|---|---|
| DATED: January 3, 2025 | */s/ John J. Nelson* |
| | John J. Nelson (SBN 317598) |